UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mateo F.,

Petitioner,

v.

Pamela Bondi, in her official capacity as Attorney General of the United States; Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director of Immigration and Customs Enforcement; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, Immigration and Customs Enforcement,

Respondents.

Civ. No. 26-538 (PAM/EMB)

**ORDER**

---

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Mateo F. by no later than January 27, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits, including any documentation of any criminal history, as are needed to establish the lawfulness and correct

duration of Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d. Respondents' view as to whether the habeas petition filed in this matter differs in any material respect from those filed in Abdirahmaan G. v. Noem, No. 26-CV-34 (PAM/SGE) and Arturo S. v. Bondi, No. 26-CV-102 (PAM/SGE).

3. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than January 28, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. To the extent that Petitioner seeks an order prohibiting his transfer or removal during his Petition's adjudication is **DENIED without prejudice** to its reconsideration once these matters have been fully briefed.

Dated: January 23, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge